AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W. | U.S. District Court, N.D. Illinois | 08/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chambers 1788
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2018 | Northwestern University School of Law; taught courses | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | LCSW, Private Social Work Practice |
| 2. 2018 | Teachers' Retirement Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citibank (Chicago) | A | Interest | J | T | | | | | |
| 2.  Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 3.  MS Natural Resources | A | Interest | K | T | | | | | |
| 4.  Morgan Stanley Active Assets Money Trust | C | Interest | J | T | | | | | |
| 5.  Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | K | T | | | | | |
| 6.  Illinois St. Gen. Oblig. (Bond) | A | Interest | K | T | | | | | |
| 7.  Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 8.  Sacred Silks | A | Interest | J | T | | | | | |
| 9.  Eldorado Gold CP | A | Dividend | J | T | | | | | |
| 10.  Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 11.  ING Plus | A | Interest | J | T | | | | | |
| 12.  GE Money BK n/k/a Sychrony BK | A | Interest | J | T | | | | | |
| 13.  MS Bank CD | A | Interest | K | T | | | | | |
| 14.  Stora Enso SP ADR Ser R (SEQAY) | A | Dividend | J | T | | | | | |
| 15.  Turquoise Hill Res Ltd Com (RRQ) | A | Dividend | J | T | | | | | |
| 16.  BB&T Corporation | A | Dividend | J | T | | | | | |
| 17.  Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 19. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 20. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 21. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 22. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 23. Morgan Standly Pacific Grouwth B | A | Dividend | J | T | | | | | |
| 24. Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 25. Novartis AG ADR | A | Dividend | K | T | | | | | |
| 26. Raytheon Co (New) | A | Dividend | K | T | | | | | |
| 27. GMAC Bank CD | A | Dividend | J | T | | | | | |
| 28. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 29. Intel Corp. | A | Dividend | K | T | | | | | |
| 30. American Mutual A | A | Interest | J | T | | | | | |
| 31. Columbia Global Value B | A | Dividend | J | T | | | | | |
| 32. Goldman Sachs GRP Inc. | A | Dividend | K | T | | | | | |
| 33. Market Vectors Gold Mines | A | Dividend | J | T | | | | | |
| 34. Morgan ST III Cum | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chicago Go-EsD BE | A | Dividend | K | T | | | | | |
| 36. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 37. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 38. IBM | A | Dividend | K | T | | | | | |
| 39. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 40. Waste Management | A | Dividend | J | T | | | | | |
| 41. Aqua Amer Inc | A | Dividend | J | T | | | | | |
| 42. Verizon Comm | A | Dividend | K | T | | | | | |
| 43. Calif St. Genl Oblig | A | Dividend | J | T | | | | | |
| 44. Thornburg Inv. Inc. | A | Dividend | J | T | | | | | |
| 45. Will Cnty Ill Cmnty Cons Sch Dist. No. 30-C Ser B | A | Interest | J | T | | | | | |
| 46. San Diego Cnty Calif Wtr Auth Fing Agy Wt Rev-A | A | Interest | J | T | | | | | |
| 47. San Antonio Tex Wtr Sys Rev Ref | A | Interest | J | T | | | | | |
| 48. 3M Company (MMM) | A | Dividend | K | T | | | | | |
| 49. Cisco Syst Inc (CSCO) | A | Dividend | K | T | | | | | |
| 50. Clorox CO DE (CLX) | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 51. Wells Fargo & CO | A | Distribution | K | T | Buy | 02/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Colgate Palmolive Co (CL) | A | Dividend | K | T | | | | | |
| 53. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 54. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 55. Monsanto CO/New (MON) | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 56. Weatherford International LTD (WTF) | A | Dividend | J | T | | | | | |
| 57. New York City Genl Oblig Ser-F Subseries F-1 Build America | A | Interest | J | T | | | | | |
| 58. Pennsylvania St. Build America Bond | A | Interest | J | T | | | | | |
| 59. New York St. Mun Bd Bk Agy Recovery Act Build America | A | Interest | J | T | | | | | |
| 60. New York City Go Build America C-1 | A | Interest | J | T | | | | | |
| 61. Alcoa Inc (AA) | A | Interest | J | T | | | | | |
| 62. Corning Inc (GLW) | A | Dividend | K | T | | | | | |
| 63. Facebook Inc CL-A (FB) | A | Dividend | M | T | | | | | |
| 64. General Mtrs Co (GM) | A | Dividend | K | T | | | | | |
| 65. KB Home (KBH) | A | Dividend | | | Sold | 05/09/18 | J | A | |
| 66. Vanguard European MSCI ETF (VGK) | A | Dividend | J | T | | | | | |
| 67. Newmont Mining Corp (New) (NEM) | A | Dividend | J | T | | | | | |
| 68. Hess Corporation | A | Dividend | | | Sold | 04/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KKR & Co LLP (KKR) | A | Dividend | J | T | | | | | |
| 70. Mannkind Corp (MNKD) | A | Dividend | J | T | | | | | |
| 71. United STS STL CP (New) (X) | A | Dividend | J | T | | | | | |
| 72. MS US Inflaction Linked Notes | A | Dividend | J | T | | | | | |
| 73. Royal Bank of Scotland | A | Dividend | J | T | | | | | |
| 74. LLoyds TSB Bank PLC | B | Dividend | J | T | | | | | |
| 75. WP Carey Inc Com (WPC) | A | Dividend | J | T | | | | | |
| 76. BCE Inc (NEW)(BCE) | A | Dividend | J | T | | | | | |
| 77. Medical Properties Trust Inc (MPW) | A | Dividend | K | T | | | | | |
| 78. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 79. Sumitomo Mitsui Finl Group, Inc. (SMFG) | A | Dividend | J | T | | | | | |
| 80. Twitter Inc (TWTR) | A | Dividend | J | T | | | | | |
| 81. Alibaba Group (BABA) | A | Dividend | K | T | | | | | |
| 82. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 83. Chevron | A | Dividend | K | T | | | | | |
| 84. Northwest Bancshares | A | Dividend | K | T | | | | | |
| 85. TMCC STE UP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nike, Inc. | A | Dividend | J | T | | | | | |
| 87. Alliance Rest. Part. (ARLP) | A | Dividend | J | T | | | | | |
| 88. Blackstone (BX) | A | Dividend | J | T | | | | | |
| 89. Eaton Corp. | A | Dividend | J | T | | | | | |
| 90. China Life | A | Dividend | J | T | | | | | |
| 91. Springfield ILL Wtr Rev | A | Dividend | J | T | | | | | |
| 92. Rio Rancho N Mex Wtr & Wastwtr Sy7s Rev | A | Dividend | J | T | | | | | |
| 93. Fresno Calif Swr Rev Ser A | A | Dividend | J | T | | | | | |
| 94. San Mateo Calif Un High Sch Dist | A | Dividend | J | T | | | | | |
| 95. Orange Cnty Calif Santn Wastewater Rev Ref A | A | Dividend | J | T | | | | | |
| 96. Amgen Inc | A | Dividend | K | T | | | | | |
| 97. HSBC Dual Directional Trigger Plus Facebook, Inc. (SPUOD) | A | Dividend | K | T | | | | | |
| 98. United Technologies Corp | A | Dividend | J | T | | | | | |
| 99. Walt Disney Co Hldg Co (DIS) | A | Dividend | J | T | | | | | |
| 100. Welltower Inc (HCN) | A | Dividend | J | T | | | | | |
| 101. Gabelli Utility Trust | A | Dividend | J | T | | | | | |
| 102. Pepsico Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nike, Inc. | A | Dividend | J | T | | | | | |
| 104. Anheuser-Busch Invev Fin | A | Dividend | J | T | | | | | |
| 105. IShares MSCI Euro Financial | A | Dividend | J | T | | | | | |
| 106. SPDR Global Dow ETF (DGT) | A | Dividend | J | T | | | | | |
| 107. The India Fund Inc (FN) | A | Dividend | K | T | | | | | |
| 108. Tortois Energy INFRA (TYG) | A | Dividend | K | T | | | | | |
| 109. Vanguard FTSE Europe EFT (VGK) | A | Dividend | L | T | | | | | |
| 110. Amazon (Bond) | A | Interest | J | T | | | | | |
| 111. MS Dual Directional Trigger Plus on GDX SPUVL | A | Dividend | K | T | | | | | |
| 112. MS Dual Directional Trigger Plus on SX5E (SPPVFK) | A | Dividend | K | T | | | | | |
| 113. HSBC Continent 8.3% autocall | A | Interest | K | T | | | | | |
| 114. Kranesh Bosera MSCI China A (KBA) | A | Interest | K | T | Buy | 12/18/18 | J | | |
| 115. Kraneshares CSI China Internet (KWEB) | A | Interest | K | T | Buy | 06/13/18 | J | | |
| 116. Cook Cnty ILL Genl Oblig Ref | B | Interest | K | T | Buy | 02/13/18 | J | | |
| 117. Cook Cnty Ill Sch Dist No. 084 1/2 | B | Interest | K | T | Buy | 06/27/18 | J | | |
| 118. City of Chicago Second Lien Wstwtr Transm Rev | C | Interest | K | T | Buy | 10/04/18 | J | | |
| 119. Los Angeles Calif Dept Arpts Artp Snr Rev Ser-D | A | Interest | K | T | Buy | 02/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ventura Cnty Calif Cmnty College Dist Ref | A | Interest | K | T | Buy | 05/14/18 | J | | |
| 121. Citigroup INC FXD to 012023 Var Thereafter 5.9500% | B | Interest | K | T | Buy | 01/30/18 | J | | |
| 122. Citigroup Inc FXD to 112019 VAR Thereafter 5.800% | B | Interest | K | T | Buy | 01/30/18 | J | | |
| 123. Capital One Financial Corp. | A | Interest | K | T | Buy | 04/12/18 | J | | |
| 124. Natwest Marketsk PLC | A | Interest | K | T | Buy | 01/11/18 | J | | |
| 125. The Financial Sel Sect SPDR FD (XLF) | A | Interest | K | T | Buy | 03/01/18 | J | | |
| 126. Chicago City Ill Second Lien WTR Rev Proj & Ref | B | Interest | K | T | Buy | 11/01/18 | J | | |
| 127. State of California Genl Oblig Ref-B | B | Interest | K | T | Buy | 03/01/18 | J | | |
| 128. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Gettleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544